# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>　　　　　Defendants. | C.A. No. 24-623-CFC<br><br>**ANDA CASE** |

## DEFENDANT CHANGZHOU PHARMACEUTICAL FACTORY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Changzhou Pharmaceutical Factory states that Shanghai Pharmaceuticals Holding Co., Ltd., a publicly held corporation, owns more than 10% of SPH Changzhou Pharmaceutical Co., Ltd. and SPH Changzhou Pharmaceutical Co., Ltd. owns more than 10% of Changzhou Pharmaceutical Factory.

| | |
|---|---|
| Dated: August 5, 2024 | SMITH KATZENSTEIN JENKINS LLP |
| *Of Counsel:* | |
| Howard Wang | */s/ Daniel A. Taylor* |
| WINDELS MARX LANE & MITTENDORF, LLP | Neal C. Belgam (No. 2721) |
| | Daniel A. Taylor (No. 6934) |
| One Giralda Farms | 1000 West Street, Suite 1501 |
| Madison, NJ 07940 | Wilmington, DE 19801 |
| (973) 966-3200 | (302) 652-8400 |
| hwang@windelsmarx.com | |
| | *Counsel for Defendant* |
| | *Changzhou Pharmaceutical Factory* |