# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>　　　　Defendants. | C.A. No. 24-623-CFC<br><br>**ANDA CASE** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of H. Howard Wang of WINDELS MARX LANE & MITTENDORF, LLP, to represent Defendant in the above-captioned matter.

Dated: August 7, 2024

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of H. Howard Wang is GRANTED.

Dated: _____, 2024

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Federal Circuit. I also certify I am admitted to the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  August 7, 2024

> */s/ H. Howard Wang*
> H. Howard Wang
> WINDELS MARX LANE &
> MITTENDORF, LLP
> One Giralda Farms
> Madison, NJ 07940
> (973) 966-3200
> hwang@windelsmarx.com