# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>      Plaintiffs,<br><br>    v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>      Defendants. | C.A. No. 24-623-CFC<br><br>**ANDA CASE** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 7, 2024, Defendant Changzhou Pharmaceutical Factory produced its ANDA as Production Volume 1 at Bates Numbers CZRIME_0000001 through CZRIME_0010834 to Plaintiffs via electronic mail and FTP site.  Pursuant to Local Rule 26.2, in the absence of a confidentiality agreement stipulated to by the parties, these documents are confidential and are marked "Outside Counsel Eyes Only" – disclosure shall be limited to members and employees of the firm of trial counsel who have entered an appearance and have been admitted *pro hac vice*.  These documents were served on the following counsel of record:

Jack B. Blumenfeld<br>
Megan E. Dellinger<br>
MORRIS, NICHOLS, ARSHT & TUNNELL<br>
1201 North Market Street<br>
Wilmington, DE 19899<br>
jblumenfeld@morrisnichols.com<br>
mdellinger @morrisnichols.com

Dated: August 7, 2024

**SMITH KATZENSTEIN & JENKINS LLP**

*Of Counsel:*

H. Howard Wang
**WINDELS MARX LANE & MITTENDORF, LLP**
One Giralda Farms
Madison, NJ 07940
(973) 966-3200
hwang@windelsmarx.com

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Defendant Changzhou Pharmaceutical Factory*