IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civ. No. 24-621-CFC ) ) ) ) ) |
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA U.S.A., INC., and APITORIA PHARMA PRIVATE LIMITED, <br><br> Defendants. | ) ) ) ) ) ) ) Civ. No. 24-622-CFC ) ) ) ) ) ) ) ) |

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, and BRISTOL-MYERS SQUIBB COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU PHARMACEUTICAL FACTORY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 24-623-CFC |
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 24-624-CFC |
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> NATCO PHARMA LITD. and NATCO PHARMA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 24-625-CFC |

| | |
|---|---|
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> RUBICON RESEARCH PRIVATE LTD., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 24-626-CFC ) ) ) ) ) ) ) |
| PFIZER INC. and PFIZER IRELAND PHARMACEUTICALS, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civ. No. 24-627-CFC ) ) ) ) ) ) |

# ORDER SETTING RULE 16(b) CONFERENCE FOR HATCH-WAXMAN PATENT CASE

1. An in-person scheduling conference pursuant to Fed. R. Civ. P. 16(b) will be held on **Wednesday, October 2, 2024 at 9:00 a.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The parties shall confer about scheduling and discovery limitations and attempt to reach agreement. The parties shall use as a basis for discussion the Court's "Scheduling Order for Hatch-Waxman Patent Infringement Cases" **(revised on April 26, 2022)**, available on the Court's website. No later than 48 hours before the scheduling conference, the parties shall file a proposed scheduling order using one of the forms listed above. If the parties have no disputes about the scheduling order, the Court will not require the parties to appear at a conference.

3. The parties shall direct any requests or questions regarding the scheduling or management of this case to the Court's Case Manager at (302) 573-6129.

8.12.24
Date

_____
Chief Judge