# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, AND BRISTOL-MYERS SQUIBB COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY,<br><br>　　　　Defendants. | C.A. No. 24-623-CFC<br><br>**ANDA CASE** |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Neal C. Belgam of Smith, Katzenstein & Jenkins LLP on behalf of Defendant Changzhou Pharmaceutical Factory in the above-captioned matter.

| | |
|---|---|
| Dated: September 20, 2024 | **SMITH, KATZENSTEIN & JENKINS LLP**<br><br>*/s/ Neal C. Belgam*<br>Neal C. Belgam (No. 2721)<br>Daniel A. Taylor (No. 6934)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br>dtaylor@skjlaw.com<br><br>*Attorneys for Defendant Changzhou Pharmaceutical Factory* |